```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00905
    JEANETTE WILKS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-0646

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/19/2007 and was confirmed 04/11/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 09/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                   CLASS         CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                   PAID            PAID
--------------------------------------------------------------------------------
ARONSON FURNITURE              UNSECURED       NOT FILED            .00             .00
BANK ONE                       UNSECURED       NOT FILED            .00             .00
CAPITAL ONE                    UNSECURED         1535.55            .00             .00
CAPITAL ONE                    UNSECURED          984.91            .00             .00
CAPITAL ONE                    UNSECURED          961.14            .00             .00
CAPITAL ONE BANK               UNSECURED       NOT FILED            .00             .00
CITI HOME EQUITY               UNSECURED       NOT FILED            .00             .00
COLUMBUS BANK & TRUST          UNSECURED       NOT FILED            .00             .00
FINGERHUT                      UNSECURED       NOT FILED            .00             .00
PREMIER BANKCARD               UNSECURED          661.53            .00             .00
GEMB/WALMART                   UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC            UNSECURED         1675.03            .00             .00
HSBC NV                        UNSECURED       NOT FILED            .00             .00
JC PENNY                       UNSECURED       NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM       UNSECURED       NOT FILED            .00             .00
MERRICK BANK~                  UNSECURED       NOT FILED            .00             .00
NW COLLECTOR                   UNSECURED       NOT FILED            .00             .00
LEGAL HELPERS PC               DEBTOR ATTY      2,500.00                          365.16
TOM VAUGHN                     TRUSTEE                                             24.84
DEBTOR REFUND                  REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                390.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                365.16
TRUSTEE COMPENSATION                           24.84

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00905 JEANETTE WILKS
```

```
DEBTOR REFUND                                                          .00
                                          ---------------    ---------------
TOTALS                                            390.00             390.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 12/27/07               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE